GEORGE P. ROWELL et al., Appellants, *v.* JOSEPH E. JANVRIN, Respondent.

(Submitted June 5, 1893 ; decided June 20, 1893.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made May 12, 1893, which reversed an order of Special Term granting leave to plaintiff to serve an amended complaint and denying a motion for leave to amend.

*Edward Hassett* for appellants.

*Dickinson W. Richards* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

———————————

PETER DE LACY, Appellant, *v.* ALBERT J. ADAMS, Respondent.

(Submitted June 5, 1893; decided June 20, 1893.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made May 1, 1893, which reversed an order of Special Term granting an application for an injunction *pendente lite.*

*Howe & Hummel* for appellant.

*Joel M. Marx* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.